IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01769-BNB

LAWRENCE M. JIRON,

    Applicant,

v.

THE 12TH JUDICIAL DISTRICT, Alamosa County, et al.,
O. JOHN KUENHOLD, Judge,
ROBERT W. OGBURN, Judge,
MARK BROADDUS, B.V.C.F., and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 04 2007

GREGORY C. LANGHAM
              CLERK

## ORDER OF DISMISSAL

Applicant Lawrence M. Jiron initiated this action by filing *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. In an order filed on August 22, 2007, Magistrate Judge Craig B. Shaffer directed the clerk of the Court to commence a civil action and directed Mr. Jiron to cure a deficiency if he wished to pursue his claims. Specifically, Magistrate Judge Shaffer ordered Mr. Jiron to submit a certified copy of his inmate trust fund account statement in support of his *in forma pauperis* motion because the account statement Mr. Jiron submitted was not certified by a prison official. Mr. Jiron was warned that the action would be dismissed without further notice if he failed to cure the deficiency within thirty days.

On September 4, 2007, Mr. Jiron submitted a document titled "Personal Trust Fund Statement, Submitted." Attached to that document is a copy of Mr. Jiron's inmate trust fund account statement. Although the account statement is initialed by Mr. Jiron, it is not certified by a prison official. On September 28, 2007, Mr. Jiron submitted another copy of his inmate trust fund account statement that also is not certified by a prison official. In addition to these two filings, Mr. Jiron has submitted a number of other documents in this action in support of his habeas corpus application. However, he has not submitted an account statement that is properly certified as directed. Therefore, the application will be denied and the action will be dismissed without prejudice for failure to cure the deficiency. Accordingly, it is

ORDERED that the habeas corpus application is denied and the action is dismissed without prejudice for failure to cure the deficiency. It is

FURTHER ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action is denied as moot.

DATED at Denver, Colorado, this 2 day of Oct., 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01769-BNB

Lawrence Jiron
Prisoner No. 116040
Buena Vista Corr. Facility
PO Box 2017
Buena Vista, CO 81211

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10\4\07

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk