IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01769-ZLW

LAWRENCE M. JIRON,

    Applicant,

v.

THE 12TH JUDICIAL DISTRICT, Alamosa County, et al.,
O. JOHN KUENHOLD, Judge,
ROBERT W. OGBURN, Judge,
MARK BROADDUS, B.V.C.F., and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 29 2007

GREGORY C. LANGHAM
            CLERK

---

## ORDER DENYING MOTION TO RECONSIDER

---

Applicant Lawrence M. Jiron has filed **pro se** on October 17, 2007, a "Motion to Alter and Amend Judgement, Pursuant to F.R.C.P. Rule 59(e)." Mr. Jiron asks the Court to reconsider the Court's Order of Dismissal filed in this action on October 4, 2007. The Court must construe the motion to reconsider liberally because Mr. Jiron is representing himself. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion to reconsider will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." **Van Skiver v. United States**, 952 F.2d 1241, 1243

(10th Cir. 1991). Mr. Jiron filed his motion to reconsider within ten days after the judgment was entered in this action on October 4, 2007. *See* Fed. R. Civ. P. 6(a) (time periods of less than eleven days exclude intervening Saturdays, Sundays, and legal holidays). Therefore, the Court will consider the motion to reconsider pursuant to Rule 59(e). *See Van Skiver*, 952 F.2d at 1243.

The Court dismissed the instant action because Mr. Jiron failed to submit a certified copy of his inmate trust fund account statement as directed and as required pursuant to Rule 3(a)(2) of the Rules Governing Section 2254 Cases in the United States District Courts. Mr. Jiron initially submitted an account statement in support of his *in forma pauperis* motion on August 10, 2007, that was not certified by a prison official. Mr. Jiron then was ordered to submit a copy of his inmate trust fund account statement that was certified by a prison official. Although Mr. Jiron submitted two more copies of his inmate trust fund account statement in response to the order directing him to cure that deficiency, neither of those statements was certified by a prison official. Mr. Jiron asserts in the motion to reconsider that he was unable to submit a certified copy of his inmate trust fund account statement because his case manager refused to certify the account statements.

Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Jiron fails to demonstrate some reason why the Court should reconsider and vacate the order to dismiss this action. Even assuming Mr. Jiron's case manager refused to certify Mr. Jiron's account statements, Mr. Jiron fails to explain why he did not advise the Court of his case manager's refusal to certify the account statements when he submitted those account statements to the Court. Instead, Mr. Jiron

apparently assumed the Court would accept an uncertified account statement without an explanation even though the Court already had rejected such an account statement. The Court cannot act on information that has not been presented to the Court. Therefore, the motion to reconsider will be denied. Accordingly, it is

ORDERED that the "Motion to Alter and Amend Judgement, Pursuant to F.R.C.P. Rule 59(e)" filed on October 17, 2007, is denied.

DATED at Denver, Colorado, this 29 day of Oct, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01769-ZLW

Lawrence M. Jiron
Prisoner No. 116040
Buena Vista Corr. Facility
PO Box 2017
Buena Vista, CO 81211

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/29/07

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk