# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01769-ZLW

LAWRENCE M. JIRON,

    Applicant,

v.

THE 12TH JUDICIAL DISTRICT, Alamosa County, et al.,
O. JOHN KUENHOLD, Judge,
ROBERT W. OGBURN, Judge,
MARK BROADDUS, B.V.C.F., and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 30 2007

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Applicant's "Motion to Alter and Amend Judgment, Pursuant to F.R.C.P. Rule 59(e)" filed on October 19, 2007, is DENIED for the same reasons stated in the Court's October 29, 2007, Order Denying Motion to Reconsider that denied Applicant's prior identical motion to reconsider. Applicant's "Motion for Facsimile Further Documents" filed on October 19, 2007, is DENIED.

Dated: October 30, 2007

Copies of this Minute Order mailed on October 30, 2007, to the following:

Lawrence M. Jiron
Reg. No. 116040
Buena Vista Correctional Complex - Main Boot Camp (BVCC)
PO Box 2017
Buena Vista, CO 81211

                                            Secretary/Deputy Clerk