IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01769-ZLW

LAWRENCE M. JIRON,

    Applicant,

v.

THE 12TH JUDICIAL DISTRICT, Alamosa County, et al.,
O. JOHN KUENHOLD, Judge,
ROBERT W. OGBURN, Judge,
MARK BROADDUS, B.V.C.F., and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 5 2008

GREGORY C. LANGHAM
                CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Applicant's "A Motion of Declaratory Judgment Act of 1933, Pursuant to Title 28 USC 2201" filed on January 18, 2008, is DENIED because this action currently is on appeal.

Dated: January 24, 2008

Copies of this Minute Order mailed on January 24, 2008, to the following:

Lawrence M. Jiron
Reg. No. 116040
Buena Vista Correctional Complex
PO Box 2017
Buena Vista, CO

                                        Secretary/Deputy Clerk